

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Janet Lister, Appellant

No. 06-21-00115-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 50688-A).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the clerk's bill of costs and the judgment of conviction by striking the assessment of attorney fees in the amount of $2,465.00.  As modified, the trial court's judgment is affirmed.

We note that the appellant, Janet Lister, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 31, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk